IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW CARRILLO,

    Plaintiff,

v.                                                                                          No. 1:22-cv-00760-KWR-GBW

METROPOLITAN DETENTION CENTER, *et al*,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal (**Doc. 6**) filed **March 3, 2023**, the Court issues its separate judgment finally disposing of this civil case.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**